# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 15-90021

_____

MARIA CAZORLA; ET AL,

> Plaintiffs

v.

KOCH FOODS OF MISSISSIPPI, L.L.C.; JESSIE ICKOM,

> Defendants

-------------------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

> Plaintiff - Petitioner

v.

KOCH FOODS OF MISSISSIPPI, L.L.C.,

> Defendant - Respondent

_____

Motions for Leave to Appeal
from an Interlocutory Order
_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition of The Equal Employment Opportunity Commission for leave to appeal from the interlocutory orders of the United States District Court of the Southern District of Mississippi, Jackson, entered on September 22, 2014 and October 29, 2014, is GRANTED.

IT IS FURTHER ORDERED that the cross petition of Koch Foods of Mississippi, L.L.C. for leave to appeal from the interlocutory orders of the United States District Court of the Southern District of Mississippi, Jackson, entered on September 22, 2014 and October 29, 2014, is GRANTED.